1  Gregory A. Wedner, SBN 067965
   Sloan R. Simmons, SBN 233752
2  **LOZANO SMITH**
   2000 Crow Canyon Place, Suite 200
3  San Ramon, CA 94583-1344
   Telephone: (925) 302-2000
4  Facsimile: (925) 302-2010

5  Attorneys for Defendant
   ALAMEDA UNIFIED SCHOOL DISTRICT

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | LINDA PEDRAZA and FRANCISCO         ) CASE NO. C05-04977 VRW
   | PEDRAZA, individually and on behalf of their )
12 | son M.P.,                            ) **NOTICE OF PENDENCY OF OTHER**
   |                                      ) **ACTIONS (LOCAL RULE 3-13)**
13 |              Plaintiffs,             )
   |                                      )
14 | v.                                   )
   |                                      )
15 | ALAMEDA UNIFIED SCHOOL DISTRICT      )
   | et al.                               )
16 |                                      )
   |              Defendants.             )
17 |_____)
   |                                      )
18 | ALAMEDA UNIFIED SCHOOL DISTRICT,     )
   | ALAMEDA BOARD OF EDUCATION, ALAN     )
19 | NISHINO, individually and as Superintendent of )
   | the Alameda Unified School District, )
20 | ARDELLA DAILEY, as Superintendent of the )
   | Alameda Unified School District, DAVID WAX, )
21 | individually and as Special Education Director of )
   | the Alameda Unified School District, THERESA )
22 | ANDERBERG, as Special Education Director )
   | of the Alameda Unified School District, )
23 |                                      )
   |              Counter-Claimants,      )
24 | v.                                   )
   |                                      )
25 |                                      )
   | LINDA PEDRAZA and FRANCISCO          )
26 | PEDRAZA,                             )
   |                                      )
27 |              Counter-Defendants.     )
   |_____)
28

---

NOTICE OF PENDENCY OF OTHER ACTIONS                  Pedraza v. Alameda Unified Sch. Dist. et al.
                                                                      CASE NO. C05-04977

| | |
|---|---|
| LINDA PEDRAZA et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALAMEDA UNIFIED SCHOOL DISTRICT, AND the CALIFORNIA DEPARTMENT OF EDUCATION, THE ALAMEDA COUNTY BOARD OF EDUCATION, ALAN NISHINO, individually and as the Superintendent of the Alameda County School District, ARDELLA DAILEY, as Superintendent of the Alameda Unified School District, DAVID WAX, individually and as Special Education Director of the Alameda County School District, THERESA ANDERBERG, as Special Education Director of Alameda Unified School District, CALIFORNIA DEPARTMENT OF EDUCATION and JACK O'CONNELL as State Superintendent of Public Instruction for the State of California, <br><br> Defendants. | CASE NO. 3:07-cv-04781-MEJ |
| M.P., <br><br> Plaintiff/Petitioner, <br><br> v. <br><br> OFFICE OF ADMINISTRATIVE HEARINGS et al., <br><br> Defendants/Respondents. | CASE No. C 07-05989 EMC |

///
///
///
///
///
///
///
///

1    Pursuant to LOCAL RULE 3-13, ALAMEDA UNIFIED SCHOOL DISTRICT ("District") hereby
2    GIVES NOTICE that this case, *Pedraza v. Alameda Unified School District et al.*, Case No. C05-04977
3    VRW, the Honorable Chief Judge Vaughn R. Walker presiding, involves all or a material part of the same
4    subject matter and all or substantial all of the same parties is as the now pending actions before the United
5    States District Court, Northern District of California, entitled, *Linda Pedraza & Francisco Pedraza,*
6    *individually and as guardians ad litem on behalf of their son M.P. v. Alameda Unified School*
7    *District*, Case No. 3:07-cv-04751-BZ, the Honorable Magistrate Judge Bernard Zimmerman presiding,
8    *Linda Pedraza v. Alameda Unified School District et al.*, Case No. 3:07-cv-04781-MEJ, the
9    Honorable Magistrate Judge Maria-Elena James presiding, and *M.P. v. Office of Administrative*
10   *Hearings et al.*, Case No. C07-05989 EMC, the Honorable Magistrate Judge Edward M. Chen presiding.

## DESCRIPTION OF OTHER PENDING ACTIONS
### (LOCAL RULE 3-13(b)(1))

In *Linda Pedraza et al. v. Alameda Unified School District et al.*, Case No. 3:07-cv-04781-MEJ, plaintiffs' raise numerous civil rights claims apparently predicated on the issues leading up to and resolved in the California Office of Administrative Hearings' ("OAH") June 2007 special education due process hearing decision regarding the special education of their son M.P., in which the District prevailed on all issues heard and decided. Plaintiffs' claims are allegedly against the District and various former and current District administrators in their individual and official capacities, the California Department of Education, and Jack O'Connell, State Superintendent of Public Instruction, under the Individuals with Disabilities Education Improvement Act ("IDEIA") (20 U.S.C. sections 1400 *et seq.*), 42 U.S.C. section 794 ("section 504"), and 42 U.S.C. section 1983 for violations of the IDEIA, the Fourteenth Amendment of the United States Constitution, and section 504.

In *Linda Pedraza & Francisco Pedraza, individually and as guardians ad litem on behalf of their son M.P. v. Alameda Unified School District*, Case No. 3:07-cv-04751-BZ, plaintiffs filed a civil action under the IDEIA appealing OAH's June 2007 special education due process hearing decision regarding the special education of their son M.P., in which the District prevailed on all issues heard and decided. Apparently pursuant to plaintiffs' request of November 16, 2007, the court ordered Case No.

///

1  3:07-cv-04751-BZ dismissed under Rule 41(a)(1) of the Federal Rules of Civil Procedure on or about
2  November 19, 2007.
3       In *Pedraza v. Office of Administrative Hearings et al.*, Case No. C07-05989 EMC, plaintiffs again
4  assert a civil action appealing OAH's June 2007 special education due process decision. However, in
5  addition to the District, plaintiff assert their claims against OAH as well. Case No. C07-05989 EMC also
6  includes a request for a stay of all pending matters before OAH involving M.P. and the District, including
7  the due process matter and/or matters currently pending before OAH.

### TITLE AND LOCATION OF COURT WHERE OTHER ACTION IS PENDING
(LOCAL RULE 3-13(b)(2))

1.   *Pedraza v. Alameda Unified School District et al.*, Case No. C05-04977 VRW, is pending in this Court (*"Pedraza I"*);

2.   *Linda Pedraza & Francisco Pedraza, individually and as guardians ad litem on behalf of their son M.P. v. Alameda Unified School District*, Case No. 3:07-cv-04751-BZ, previously pending in this Court and pursuant to plaintiffs' request ordered dismissed on or about November 19, 2007 (*"Pedraza II"*);

3.   *Pedraza v. Alameda Unified School District et al.*, Case No. 3:07-cv-04781-MEJ, is pending in this Court (*"Pedraza III"*); and

4.   *M.P. v. Office of Administrative Hearings et al.*, Case No. C 07-05989 EMC, following its recent removal from state court, is pending in this Court (*"Pedraza IV"*).

### RELATIONSHIP OF PENDING ACTION TO THIS CASE
(LOCAL RULE 3-13(b)(3)(A))

First, *Pedraza II*, *Pedraza III*, and *Pedraza IV*, are related to *Pedraza I* because each and all actions involve the similar or the exact same parties, and each involve special education issues under the IDEIA and related state law, in relation to Linda and Francisco Pedraza's son, M.P. For example, the District is a defendant in *Pedraza I, II, III*, and *IV*; and the individual defendants in *Pedraza I* are identical to that in *Pedraza III*. Second, *Pedraza III* alleges civil rights violations that parallel those

asserted in this action (*Pedraza I*), picks up chronologically from where this case leaves off, and at times includes allegations from time periods already *subsumed in this case*. Third, *Pedraza II*, *Pedraza III*, and *Pedraza IV* are each in large part predicated upon the OAH June 2007 special education due process decision, a matter which involved the District, the Pedrazas, and issues regarding the provision of special education services to M.P., and in which the District prevailed on all issues. Fourth, *Pedraza IV* is an additional appeal of the June 2007 OAH decision duplicative of that set forth in *Pedraza II*, the only difference being that the Pedrazas' claim in *Pedraza II* is against the District, while *Pedraza IV's* claim is against the District *and* OAH. That said, as noted, it appears that *Pedraza II* has recently been ordered dismissed apparently pursuant to plaintiffs' request.

Dated: November 28, 2007

Respectfully submitted,

LOZANO SMITH

/s/ Greg Wedner/ARS
GREGORY A. WEDNER
SLOAN R. SIMMONS
Attorneys for Defendants,
ALAMEDA UNIFIED SCHOOL DISTRICT

00002\001\PLD\SR053680.WPD

# PROOF OF SERVICE

I, Michelle Barty-Billeci, declare that I am employed in County of Contra Costa, California. I am over the age of eighteen years and not a party to the within action. My business address is 2000 Crow Canyon Place, Suite 200, San Ramon, California, 94583.

On the date below, I served the following document(s):

## NOTICE OF PENDENCY OF OTHER ACTIONS

on each interested party in said cause as indicated below:

[ ]   **(BY PERSONAL SERVICE)** I caused a copy of said pleadings to be hand delivered to the interested parties at:

[ ]   **(BY FACSIMILE)** I caused a copy of said pleadings to be sent via facsimile transmission to the interested parties at the numbers listed below (see attached fax confirmation):

[X]   **\*\*(BY OVERNIGHT MAIL)** I caused a copy of said pleadings to be sent by overnight mail to the parties listed below:

[X]   **\*(BY REGULAR MAIL)** I caused a copy of said pleadings to be placed in a United States mail depository, in a sealed envelope, with postage fully prepaid, to the below-named party.

\*Office of Administrative Hearings
Special Education Division
ATTN: Presiding Administrative Law Judge
Sherianne Laba
2349 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833-4231

\*\*Vernon C. Goins II
TAYLOR, GOINS & STALLWORTH LLP
1330 Broadway, Suite 1701
Oakland, CA 94612

\*\*Linda Pedraza and Francisco Pedraza
22 Souza Court
Alameda, California 94501

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 28, 2007 at San Ramon, California.

_____
Michelle Barty-Billeci