Gregory A. Wedner, SBN 067965
Sloan R. Simmons, SBN 233752
**LOZANO SMITH**
899 Northgate Drive, Suite 200
San Rafael, CA 94903-3666
Telephone: (415) 459-3008
Facsimile (415) 456-3826

Attorneys for Defendants
ALAMEDA UNIFIED SCHOOL DISTRICT,
ALAMEDA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION,
ALAN NISHINO, ARDELLA DAILEY,
DAVID WAX, and THERESA ANDERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA PEDRAZA and FRANCISCO PEDRAZA, individually and on behalf of their son MICHAEL PEDRAZA,<br><br>Plaintiffs,<br><br>v.<br><br>ALAMEDA UNIFIED SCHOOL DISTRICT, and THE CALIFORNIA DEPARTMENT OF EDUCATION, THE ALAMEDA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, ALAN NISHINO, individually and as Superintendent of the Alameda Unified School District, ARDELLA DAILEY, as Superintendent of the Alameda Unified School District, DAVID WAX, individually and as Special Education Director of the Alameda Unified School District, THERESA ANDERBERG, as Special Education Director of the Alameda Unified School District, CALIFORNIA DEPARTMENT OF EDUCATION and JACK O'CONNELL, as State Superintendent of Public Instruction for the State of California,<br><br>Defendants. | CASE NO. 3:07-cv-04781-MEJ<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS** |

///

///

///

---

      The Motion of Defendants Alameda Unified School District ("District"), Alameda Unified School District Board of Education ("Board"), Alan Nishino, Ardella Dailey, David Wax, and Theresa Anderberg ("Individual Defendants") (collectively "Defendants") for dismissal came on regularly for hearing before this Court on January 10, 2008, at 10:00 a.m., in Room B, 15th Floor, and Gregory A. Wedner, Esq., of Lozano Smith appeared and argued as attorney for Defendants, and Vernon C. Goins II, Esq., of Taylor, Goins, and Stallworth appeared and argued for Plaintiffs Linda Pedraza and Francisco Pedraza, individually and on behalf of their son M.P.

      After considering the moving, opposition, and reply papers, arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED THAT the motion is GRANTED and [the [Second] and [Fourth] claims for relief in Plaintiffs' Complaint are hereby dismissed]; [the individual defendants Alan Nishino, Ardella Dailey, David Wax, and Theresa Anderberg are hereby dismissed from the [First] and [Third] claim[s] for relief in Plaintiffs' Complaint]; and [Plaintiffs' requested relief of [punitive and compensatory monetary damages in the First claim for relief in Plaintiffs' Complaint] and [punitive monetary damages in the Third claim for relief in Plaintiffs' Complaint] are hereby dismissed].

Dated: _____ ____, 200___

                                                                       The Honorable Maria-Elena James
UNITED STATES MAGISTRATE JUDGE

LOZANO SMITH
899 NORTHGATE DRIVE, SUITE 200 SAN RAFAEL, CA 94903-3666
TEL 415-459-3008  FAX 415-456-3826

[Proposed] Order on Defendants' Motion to Dismiss

-1-

Pedraza et al. v. Alameda Unified Sch. Dist. et al.
Case No. 3:07-cv-04781-MEJ