**United States District Court**

For the Northern District of California

1

2

3

IN THE UNITED STATES DISTRICT COURT

4

5

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7  LINDA PEDRAZA, et al.

No. C07-04781 MEJ

Plaintiff(s),

**CONSENT TO ASSIGNMENT OR**

8

**REQUEST FOR REASSIGNMENT**

vs.

9  ALAMEDA UNIFIED SCHOOL DISTRICT,
and the CALIFORNIA DEPARTMENT OF

10  EDUCATION, et al,
Defendant(s).

11  _____/

12

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

13

In accordance with the provisions of 18 U.S.C. § 636(c), the undersigned party hereby

14

consents to have a United States Magistrate Judge conduct any and all further proceedings in this

15

case, including trial, and order the entry of final judgment, and voluntarily waives the right to

16

proceed before a United States District Judge.

LOZANO SMITH

17

18  Dated: December 5, 2007          Signed by: _____

19

Counsel for: ALAMEDA UNIFIED SCHOOL

20                     DISTRICT and ALL OTHER NAMED
                       AUSD DEFENDANTS

21  **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

22

The undersigned party hereby declines to consent to the assignment of this case to a United

23

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

24

a United States District Judge.

25

26  Dated: _____          Signed by: _____

27

Counsel for: _____

28