1  Gregory A. Wedner, SBN 067965
   Sloan R. Simmons, SBN 233752
2  **LOZANO SMITH**
   2000 Crow Canyon Place, Suite 200
3  San Ramon, CA 94583-1344
   Telephone: (925) 302-2000
4  Facsimile: (925) 302-2010

5  Attorneys for Defendants
   ALAMEDA UNIFIED SCHOOL DISTRICT,
6  ALAMEDA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION,
   ALAN NISHINO, ARDELLA DAILEY, DAVID WAX,
7  THERESA ANDERBERG, and ROSALIND DAVENPORT

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  LINDA PEDRAZA et al.,                    CASE NO. 3:07-cv-04781-MEJ

                    )
12              Plaintiffs,            )    **NOTICE OF ERRATA TO MOTION AND**
                    )    **MEMORANDUM OF POINTS AND**
13  v.                    )    **AUTHORITIES IN SUPPORT OF**
                    )    **DEFENDANTS' MOTION TO DISMISS**
14  ALAMEDA UNIFIED SCHOOL DISTRICT,    )    **CERTAIN CLAIMS AND DEFENDANTS**
    and THE CALIFORNIA DEPARTMENT OF     )    **IN THE FIRST, SECOND, THIRD, AND**
15  EDUCATION, THE ALAMEDA UNIFIED       )    **FOURTH CLAIMS FOR RELIEF OF**
    SCHOOL DISTRICT BOARD OF             )    **PLAINTIFFS' COMPLAINT**
16  EDUCATION, ALAN NISHINO, individually )
    and as Superintendent of the Alameda Unified )    DATE:     Jan. 10, 2008
17  School District, ARDELLA DAILEY, as   )    TIME:     10:00 a.m.
    Superintendent of the Alameda Unified School )    ROOM:     B, 15th Floor
18  District, DAVID WAX, individually and as )    TRIAL:    None Set
    Special Education Director of the Alameda )
19  Unified School District, THERESA     )
    ANDERBERG, as Special Education Director )
20  of the Alameda Unified School District, )
    CALIFORNIA DEPARTMENT OF             )
21  EDUCATION and JACK O'CONNELL, as     )
    State Superintendent of Public Instruction for )
22  the State of California,             )
                    )
23              Defendants.           )
    _____ )

24       TO THE HONORABLE COURT, AND TO PLAINTIFFS AND THEIR ATTORNEYS OF

25  RECORD HEREIN:

26       1.     Please take notice that on December 5, 2007, Defendants Alameda Unified School District

27  ("District"), Alameda Unified School District Board of Education ("Board"), Alan Nishino, Ardella

28  Dailey, David Wax, and Theresa Anderberg ("Individual Defendants") (collectively "Defendants"),

1  pursuant to Rule 12 of the Federal Rules of Civil Procedure, filed their Motion to Dismiss ("Motion")

2  the Second and Fourth Claims in full, the Individual Defendants from the First and Third Claims, the

3  request for monetary damages under the First Claim and request for punitive damages under the Third

4  Claim set forth in the Complaint of Plaintiffs Linda Pedraza and Francisco Pedraza, individually and on

5  behalf of their son M.P. ("Plaintiffs").

6      2.      Plaintiffs' Complaint's caption does not identify Rosalind Davenport (current District

7  Director of Special Education) as a defendant in the action.  However, paragraph 14, at page 5 of the

8  Complaint, describes Davenport as one of the Individual Defendants.  Defendants' Motion inadvertently

9  did not include Davenport in the description of Individual Defendants or as one of the collective

10  Defendants filing the Motion at: (1) the Motion's title page, lines 5 through 7; (2) the Notice of Motion

11  at Motion page 1, lines 4 through 6; (3) the Notice of Motion at Motion page 2, lines 9 through 12;

12  (4) the Motion at page 3, lines 10 through 15; and (5) the Motion at page 15, lines 21 through 25.  As

13  such, all arguments in the Motion on behalf the Defendants and/or Individual Defendants are also

14  intended to be on behalf of, run in favor and apply to the benefit of, Defendant Davenport.

15      3.      Defendants' Motion inadvertently identifies Defendant Anderberg as the current District

16  Director of Special Education, where Anderberg, like Defendant Wax, is also a former District Director

17  of Special Education.

18  Dated: December 6, 2007                        Respectfully submitted,

19

20                                               LOZANO SMITH

21                                               _____

22                                               GREGORY A. WEDNER
                                                 SLOAN R. SIMMONS
23                                               Attorneys for Defendants
                                                 ALAMEDA UNIFIED SCHOOL DISTRICT,
24                                               ALAMEDA UNIFIED SCHOOL DISTRICT
                                                 BOARD OF EDUCATION,
25                                               ALAN NISHINO,
                                                 ARDELLA DAILEY,
26                                               DAVID WAX,
                                                 THERESA ANDERBERG, and
27                                               ROSALIND DAVENPORT

28  00002\066\PLD\SR054421.WPD

LOZANO SMITH
2000 CROW CANYON PLACE, SUITE 200 SAN RAMON, CA 94583-1344
TEL 925-302-2000  FAX 925-302-2010