Vernon Goins, Esq. (CA Bar No. 195461)
TAYLOR, GOINS & STALLWORTH LLP
1330 Broadway, Suite 1701
Oakland, CA 94612
Telephone: (510) 893-9465
Facsimile: (510) 893-4228

Attorneys for Plaintiffs
LINDA PEDRAZA and FRANCISCO PEDRAZA,
individually and as guardians ad litem on behalf of their son
MICHAEL PEDRAZA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA PEDRAZA and FRANCISCO PEDRAZA, individually and as guardians ad litem on behalf of their son MICHAEL PEDRAZA,<br><br>Plaintiffs,<br>vs.<br><br>ALAMEDA UNIFIED SCHOOL DISTRICT, AND the CALIFORNIA DEPARTMENT OF EDUCATION, THE ALAMEDA COUNTY BOARD OF EDUCATION, ALAN NISHINO, individually and as superintendent of the Alameda Unified School District, ARDELLA DAILEY, individually and as superintendent of the Alameda Unified School District, DAVID WAX, individually and as Special Education Director of the Alameda Unified School District, THERESA ANDERBERG, as Special Education Director of the Alameda Unified School District, THE CALIFORNIA DEPARTMENT OF EDUCATION and JACK and O'CONNELL, as State Superintendent of Public Instruction for the State of California.<br><br>Defendants. | CASE NO. C07-04781 VRW<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR MICHAEL PEDRAZA, LINDA PEDRAZA AND FRANCISCO PEDRAZA**<br><br>Date: January 24, 2008<br>Time: 2:00 p.m.<br>Place: 450 Golden Gate Avenue, Rm. 6<br>          17th Flr., San Francisco, CA 94102<br>Judge: Hon. Vaughn R. Walker |

1

1  TO LINDA PEDRAZA and FRANCISCO PEDRAZA:

2  PLEASE TAKE NOTICE that on January 24, 2008 at 2:00 p.m. or as soon thereafter as the matter may be heard in Courtroom 6, 17th Floor, the Honorable Vaughn Walker presiding, of the above-entitled Court, located at 450 Golden Gate Ave. in San Francisco, Vernon C. Goins, Esq. and TAYLOR, GOINS & STALLWORTH LLP, formerly Taylor & Goins LLP, will and hereby do move this Court for leave to withdraw as counsel of record for LINDA PEDRAZA and FRANCISCO PEDRAZA, both individually and as guardians ad litem for MICHAEL PEDRAZA.

This Motion is based on this Notice, the Memorandum of Points and Authorities filed with the Notice, and the Declaration of Vernon C. Goins, Esq. as well as all pleadings in this matter and evidence and argument that may be offered at a hearing on this motion.

Dated:  December 12, 2007                    Respectfully submitted,

TAYLOR, GOINS & STALLWORTH LLP


By: /s/ Vernon C. Goins
    VERNON C. GOINS, ESQ.

NOTICE OF MOTION AND MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL [CASE NO. C07-04781 VRW]

1  I, Erika Casady, am a citizen of the United States and employed in the City of Oakland, County
2  of Alameda, State of California. I am over the age of eighteen years and am not a party to the within
3  entitled action. My business address is 1330 Broadway, Suite 1701, Oakland, California, 94612.
4  On December 17, 2007, I served the within document(s):

**NOTICE OF MOTION AND MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR MICHAEL PEDRAZA, LINDA PEDRAZA AND FRANCISCO PEDRAZA; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF VERNON C. GOINS IN SUPPORT THEREOF; [PROPOSED] ORDER**

On the parties in said action by placing a true copy thereof as indicated below, addressed as follows:

(X)  VIA FACSIMILE TRANSMISSION by transmitting a true copy thereof by facsimile transmission from the facsimile number (510) 893 4228 to the interested parties to said action at the facsimile number(s) shown below:

(X)  VIA OVERNIGHT DELIVERY by placing a true copy thereof, enclosed in a sealed envelope, with delivery charges fully paid, to be delivered overnight to the address(es) shown below:

(X)  VIA ELECTRONIC TRANSMISSION by transmitting a true copy thereof by e-mail from Taylor & Goins e-mail: ecasady@thebusinesslawyers.com to the the interested parties to said action at the e-mail shown below:

**Linda Pedraza**
**Francisco Pedraza**
**22 Souza Court**
**Alameda, CA 94502**
**Fax: (510) 749-7072**
**Email: lhpedraza@yahoo.com**

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 17, 2007

/s/
Erika Casady