1  Vernon C. Goins, Esq. (CA Bar No. 195461)
   TAYLOR, GOINS & STALLWORTH LLP
2  1330 Broadway, Suite 1701
   Oakland, CA  94612
3  Telephone:  (510) 893-9465
4  Facsimile:  (510) 893-4228

5  Attorneys for Plaintiffs
   LINDA PEDRAZA and FRANCISCO PEDRAZA,
6  individually and as guardians ad litem on behalf of their son
   MICHAEL PEDRAZA
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| LINDA PEDRAZA and FRANCISCO PEDRAZA, individually and as guardians ad litem on behalf of their son MICHAEL PEDRAZA, <br><br> Plaintiffs, <br> vs. <br><br> ALAMEDA UNIFIED SCHOOL DISTRICT, AND the CALIFORNIA DEPARTMENT OF EDUCATION, THE ALAMEDA COUNTY BOARD OF EDUCATION, ALAN NISHINO, individually and as superintendent of the Alameda Unified School District, ARDELLA DAILEY, individually and as superintendent of the Alameda Unified School District, DAVID WAX, individually and as Special Education Director of the Alameda Unified School District, THERESA ANDERBERG, as Special Education Director of the Alameda Unified School District, THE CALIFORNIA DEPARTMENT OF EDUCATION and JACK O'CONNELL, as State Superintendent of Public Instruction for the State of California. <br><br> Defendants. | CASE NO. C07-04781 VRW <br><br> **DECLARATION OF VERNON C. GOINS IN SUPPORT OF MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR MICHAEL PEDRAZA, LINDA PEDRAZA AND FRANCISCO PEDRAZA** <br><br> Date: January 24, 2008 <br> Time: 2:00 p.m. <br> Place: 450 Golden Gate Avenue, Rm. 6 <br>        17th Flr., San Francisco, CA  94102 <br> Judge: Hon. Vaughn R. Walker |

1

I, Vernon C. Goins, Esq., hereby declare as follows:

1. I am a partner at the law firm of Taylor, Goins & Stallworth LLP, formerly Taylor & Goins LLP, and an attorney admitted to practice before this Federal Court.

2. I and my firm are currently the attorneys for Linda Pedraza and Francisco Pedraza, both as individuals and as guardians ad litem for Michael Pedraza, a minor.

3. I have moved this court for leave to withdraw as counsel for Michael Pedraza, Linda Pedraza and Francisco Pedraza for the following reasons:

   a. Michael Pedraza, son of Linda Pedraza and Francisco Pedraza, was born on October 25, 1999. He has autism, which renders him a person with disability within the meaning of 20 U.S.C. §1401(3) and an individual with exceptional needs within the meaning of California Education Code §56026. Michael, a resident of Alameda County, is eligible to receive special education and related services pursuant to the IDEA and California Education Code §§ 56000, et seq.

   b. When the local school district failed to provide Michael with an appropriate education, his parents took legal action. The path through the courts possibly moved more slowly than they would have liked.

   c. In January 2007, Mr. and Mrs. Pedraza requested copies of all filed documents relating to their matter. These documents were provided.

   d. Mr. and Mrs. Pedraza used the information in these documents to make repeated, ex parte communications to the judge assigned to their case, pleading the urgency of their son's education, and demanding immediate action. Some of these letters and documents contained statements about me and my firm, which were not compatible with continued representation of these clients. Most recently, on December 11, 2007, Mr. and Mrs. Pedraza filed documents with this Court requesting that I be terminated as their counsel. This document is attached hereto as **Exhibit A** and incorporated herein by this reference. They have also filed documents with this Court, purporting to act *pro se*.

e. Mr. and Mrs. Pedraza sent copies of these communications to the Court, opposing counsel and the undersigned. I repeatedly urged them to stop the communications. They refused to do so.

f. On November 1, 2007, the Honorable Maria-Elena James issued an order setting a mandatory settlement conference for December 3, 2007 at 2:00 p.m. All parties except for Mr. and Mrs. Pedraza attended the settlement conference.

g. On September 17, 2007, pursuant to the request of Mr. and Mrs. Pedraza, I filed a Complaint in the Northern District of California entitled *Pedraza v. Alameda Unified School District et al.*, case number C07-04781 VRW. Soon after, Mr. and Mrs. Pedraza disagreed with the litigation strategy to file this action, and have since demanded that the action be withdrawn, contrary to my advice. Thereafter, purporting to act *pro se*, Plaintiffs filed a Complaint entitled *Pedraza v. Office of Administrative Hearings et al*, Alameda County Superior Court case number RG07356345 regarding the same matter. Subsequently, that matter was removed, assigned case number C07-5989 VRW and has since been related.

h. Mr. and Mrs. Pedraza are failing and refusing to accept advice of counsel and are failing and refusing to adhere to court rules. As a result, I cannot continue as their attorney.

4. The present address of the Plaintiffs is:

Linda Pedraza
Francisco Pedraza
22 Souza Court
Alameda, CA 94502
Facsimile No.: (510) 749-7072
E-mail Address: lhpedraza@yahoo.com

5. On December 17, 2007, the Notice of Motion to Be Relieved as Counsel, the Points and Authorities in support thereof, and the instant Declaration were sent to the Plaintiffs via overnight mail, fax, and e-mail, to the address, fax number and e-mail address listed in paragraph 4, above. Counsel for defendants have been provided copies of the moving papers via ECF.

3

---

DECLARATION OF VERNON C. GOINS IN SUPPORT OF MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR MICHAEL PEDRAZA, LINDA PEDRAZA AND FRANCISCO PEDRAZA [CASE NO. C07-04781VRW]

1   I declare the above is true and correct under penalty of perjury. Executed in Oakland,
2   California on December 13, 2007.

                                        Respectfully submitted,

                                        TAYLOR, GOINS & STALLWORTH LLP


                                        /s/ Vernon C. Goins_____
                                        VERNON C. GOINS

DECLARATION OF VERNON C. GOINS IN SUPPORT OF MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR MICHAEL PEDRAZA, LINDA PEDRAZA AND FRANCISCO PEDRAZA [CASE NO. C07-04781VRW]