1  MR. & MRS. FRANCISCO PEDRAZA
   22 SOUZA COURT
   ALAMEDA, CA. 94502
2  (510) 522-9232

3  LINDA PEDRAZA AS GUARDIAN AD LITEM
   ON THE BEHALF
4  MICHAEL PEDRAZA

5                UNITED STATES DISTRICT COURT

6           FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
   Linda Pedraza and Francisco Pedraza  )   C05-04977VRW
   Individually and on behalf of their  )   PLAINTIFFS MOVE TO
8  son M. P.,                           )   LIFT THE STAY ON
                                        )   REPRESENTATION ONLY
9                                       )   MOVE TO STRIKE PLEADINGS
              Plaintiffs                )   IN CASE C07-05989EMC
10                                      )   MOVE TO DISMISS COUNSEL
   v.                                   )
11                                      )
   Alameda Unified School District      )
   et al.                               )
12            Defendants                )

RECEIVED
2007 DEC 11 P 5: 34
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

1

Plaintiffs moves to lift the stay on the attorney/client representation issue only at this time. The nature of our request involves the following:

**FACTS:**

On or about September 17, 2007 complaint number C07-04781MEJ was filed by Mr. Goins without our request, consent or verification. Mr. Goins did not send us a copy of complaint number C07-04781MEJ prior and subsequent to his filing the complaint for damages. The pleadings and alleged damages were not discussed with my husband or me. Mr. Goins took it upon himself to file this action. Consequently, this action and attorney misconduct has seriously compromised and infringed on the standing of case C05-04977VRW.

Plaintiffs move to strike all pleading made by Mr. Goins in case C07-04781MEJ. (See *Federal Rules of Civil Procedure Rule 13(f)*) Plaintiffs further move the court under Federal Rules of Civil Procedure (See Rule 60(b)) to reprimand Mr. Goins for his filing of this complaint without our request, consent, or verification as this action will prove adverse and deleterious to Plaintiffs in case C05-04977VRW should this complaint proceed unrefuted. Plaintiffs further move to dismiss Mr. Goins from this case for his actions and other issues which remain unresolved which we are reserved to bring before this court at this time.

I declare under the penalty of perjury under the laws of the State of California the foregoing statement to the best of my knowledge and belief contains all the relevant facts relating to our request and such facts are true and correct.

Dated: December 11, 2007

Respectfully submitted,

Linda L. Haynes-Pedraza

RECEIVED

2007 DEC 11 P 5: 35

RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

Sent Via:
U. S. Certified Mail Overnight

Mr. & Mrs. Francisco Pedraza
22 Souza Court
Alameda, CA 94502
(510) 522-9232
lhpedraza@yahoo.com
frank_pedraza@yahoo.com

December 11, 2007

Sloan R. Simmons
LOZANO SMITH ATTORNEYS
2000 Crow Canyon Place, Suite 200
San Ramon, CA 94583-1344

    RE:    No. C05-04977
            Plaintiff's Move to Reject Stipulation and Administrative Motion to
            Consider Whether Cases Should be Related

Dear Mr. Simmons:

I am in receipt of your correspondence dated December 5, 2007, attempting stipulation to related cases.

Please be informed we do not stipulate to your request and move under pre-empted determination for denial of the December 6th deadline.

Sincerely,

Linda L. Haynes-Pedraza

cc:  The Honorable Vaughn Walker
      The Honorable Maria E. James
      The Honorable Edward M. Chin
      Vernon Goins,
      Allan Keown, DGC, CDE
      Katherine Alberts, c/o Alameda Unified School District
      Greg Wedner, Lozano Smith Attorneys
      Sherianne LABA, Presiding ALJ, OAH

# PROOF OF SERVICE

I _Carolyn Justice_ declare that I am over the age of eighteen years and not a party to the within action. My business address is 1414 62nd Street, Emeryville, California 94608.

On the date below, I served the following document(s):

**PLAINTIFFS OPPOSITION TO NOTICE OF REMOVAL**
**PLAINTIFFS OPPOSITION TO NOTICE OF PENDENCY OF OTHER ACTIONS**
**PLAINTIFFS REBUT TO DEFENDANTS ANSWER**
**PLAINTIFFS OPPOSITION TO DEFENDANT NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT AND NOTICE OF REVIEW OF ADMINISTRATIVE MANDAMUS CCP §1094.5(b)**

_Lift of Stay, move to strike pleading, move to_ _[illegible] to reject Stipulation_ _Dismiss Counsel_

On each interested party in said cause as indicated below:

X   (by U.S. Certified Express Mail Overnight) I caused a copy of said pleadings to be sent by overnight mail to the parties listed below:

Rosalind Davenport, SPED Director
Alameda Unified School District
1900 Third Street
Alameda, CA 94501

Allan Keown, DGC
California Department of Education
1430 N Street, Suite 5319
Sacramento, CA 95814

Greg Wedner,
LOZANO SMITH
2000 Crow Canyon Place, Suite #200
San Ramon, CA 945830-1344

Vernon Goins
TAYLOR & GOINS LAW FIRM
1330 Broadway Street, Suite 1700
Oakland, CA 94612

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 11, 2007 in the county of Alameda.

_Carolyn Justice_