Vernon Goins, Esq. (CA Bar No. 195461)
TAYLOR, GOINS & STALLWORTH LLP
1330 Broadway, Suite 1701
Oakland, CA  94612
Telephone:  (510) 893-9465
Facsimile:  (510) 893-4228

Attorneys for Plaintiffs
LINDA PEDRAZA and FRANCISCO PEDRAZA,
individually and as guardians ad litem on behalf of their son
MICHAEL PEDRAZA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA PEDRAZA and FRANCISCO PEDRAZA, individually and as guardians ad litem on behalf of their son MICHAEL PEDRAZA,<br><br>        Plaintiffs,<br>vs.<br><br>ALAMEDA UNIFIED SCHOOL DISTRICT, AND the CALIFORNIA DEPARTMENT OF EDUCATION, THE ALAMEDA COUNTY BOARD OF EDUCATION, ALAN NISHINO, individually and as superintendent of the Alameda Unified School District, ARDELLA DAILEY, individually and as superintendent of the Alameda Unified School District, DAVID WAX, individually and as Special Education Director of the Alameda Unified School District, THERESA ANDERBERG, as Special Education Director of the Alameda Unified School District, THE CALIFORNIA DEPARTMENT OF EDUCATION and JACK and O'CONNELL, as State Superintendent of Public Instruction for the State of California.<br><br>        Defendants. | CASE NO. C07-04781 VRW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR MICHAEL PEDRAZA,  LINDA PEDRAZA AND FRANCISCO PEDRAZA**<br><br>Date: January 24, 2008<br>Time: 2:00 p.m.<br>Place: 450 Golden Gate Avenue, Rm. 6<br>     17th Flr., San Francisco, CA  94102<br>Judge: Hon. Vaughn R. Walker |

1

1   This matter came on regularly for hearing in Courtroom 6 of the above-entitled Court, the
2   Honorable Vaughn R. Walker presiding.  Vernon C. Goins, Esq. of Taylor, Goins & Stallworth
3   LLP appeared on behalf of the moving parties.  Argument being heard, and good cause
4   appearing therefore,
5       IT IS HEREBY ORDERED:
6       The Motion To Be Relieved As Counsel For Plaintiffs, is hereby GRANTED.  The Court
7   makes the following further orders with respect to the instant Motion:

Dated:  January ___, 2008

_____
HON. VAUGHN R. WALKER