IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MP,                                              No   C-07-05989 VRW

    Plaintiff,

    v

OFFICE OF ADMINISTRATIVE
HEARINGS, et al,

    Defendants.
_____

LINDA PEDRAZA, et al,

    Plaintiffs,                           No   C-07-04781 VRW

    v

ALAMEDA UNIFIED SCHOOL DISTRICT,
et al,

    Defendants.
_____

LINDA PEDRAZA and FRANCISCO
PEDRAZA, individually and on
behalf of their son MP,

    Plaintiff,                            No   C-05-04977 VRW

    v                                          ORDER

ALAMEDA UNIFIED SCHOOL DISTRICT,
et al,

    Defendants.
_____/

        On December 14, 2007, the above-captioned cases, MP v Office of Administrative Hearings, et al (No C-07-05989 VRW) and Linda Pedraza, et al v Alameda Unified School District, et al (No

**United States District Court**
For the Northern District of California

C-07-04781 VRW), were ordered related to Linda Pedraza and Francisco Pedraza v Alameda Unified School District, et al (No C-05-04977 VRW).  Because Nos C-07-05989 and C-07-04781 concern the same claims and issues as No C-05-04977 and pursuant to FRCP 42(a), the actions are consolidated to avoid unnecessary costs or delay. The parties shall file all further pleadings and motions in No C-05-04977, and the clerk is ordered to close the files No C-07-05989 and No C-07-04781 and terminate any pending motions in those cases.

IT IS SO ORDERED.



VAUGHN R WALKER

United States District Chief Judge