```
 1  MR.& MRS. FRANCISCO PEDRAZA
    22 SOUZA COURT
    ALAMEDA, CA. 94502
 2  (510) 522-9232

 3

    FRANCISCO PEDRAZA,
 4  Individually,

 5
                    UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
 6

 7

 8
    PEDRAZA et al,                    CASE NO. C07-05989VRW
 9                                             C07-04781VRW
    Plaintiff                                  C05-04977VRW
10
                                      PLAINTIFF'S RESPONSE
    vs.                               TO THE ORDER TO SHOW
11                                    CAUSE Civ. L.R. 7-5(a)

12  ALAMEDA UNIFIED SCHOOL DISTRICT
    et al,
13          Defendants
```

FILED

08 JUL 24 PM 2: 16

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

1  Francisco Pedraza herein after "Plaintiff" hereby respectfully
2  submits the following response to the July 11, 2008 show cause order in
   the above entitled action pursuant to *Civ. L.R. 7-5(a)*.
3  Plaintiff by reference moves pursuant to the February 14, 2008 show
4  cause hearing to have notified the court of his standing in the
5  aforementioned cases in person. Plaintiff at this time by reference
6  reinstates his position pursuant to the February 14, 2008 show cause
7  hearing; therefore having good cause for no appearance at the July 10,
   2008 hearing.
8
9  I declare under the penalty of perjury under the laws of the state
   of California the foregoing statements to the best of my knowledge and
10 belief contains the relevant facts relating to my response and such facts
11 are true and correct.
12
13     Dated:   July 24, 2008                    [signature]
14                                               Francisco Pedraza

2

# PROOF OF SERVICE

I  Carlvin Justice  declare that I am over the age of eighteen years and not a party to the within action. My business address is 1414 62nd Street, Emeryville, California 94608.

On the date below, I served the following document(s):

**Plaintiffs Response to the show cause hearing, Supplemental Complaint**

On each interested party in said cause as indicated below:

___ by facsimile
X  (by U.S. Certified Express Mail Overnight) I caused a copy of said pleadings to be sent by overnight mail to the parties listed below:
___ by personal service:

Katherine Alberts, Claudia Leed
STUBSS & LEONE
2175 N. California Blvd., Suite 900
Walnut Creek, California 94596

Greg Wedner,
LOZANO SMITH
2000 Crow Canyon Place, Suite 5319
San Ramon, CA 94583

Office of Administrative Hearings
Special Education Division
Sherianne Laba, Presiding ALJ
2349 Gateway Oaks Drive, #200
Sacramento, CA 95833-4231

Terri A. McFarland, DGC
CALIFORNIA DEPARTMENT OF EDUCATION
1430 N. Street, Suite 5319
Sacramento, CA 95814

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 24, 2008 in the county of Alameda.

_____
Signature